IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS LEDEZMA-CEPEDA (1) | § | |
| JESUS LEDEZMA-CAMPANO (2) | § | |
| JOSE CEPEDA-CORTES (3) | § | |

ORDER EXTENDING DEADLINE FOR DEATH-PENALTY NOTICE

In order to ensure the expeditious preparation of this case for trial, the deadline for the government to file the notice of intent to seek the death penalty required by 18 U.S.C. § 3593(a) is EXTENDED to **November 30, 2015.**

SIGNED August 11, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER SETTING DEADLINE FOR DEATH-PENALTY NOTICE - Page Solo
TRM/chr