IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:14-CR-151-Y |
| JESUS GERARDO LEDEZMA-CEPEDA (01)<br>JESUS GERARDO LEDEZMA-CAMPANO (02)<br>JOSE LUIS CEPEDA-CORTES (03) | |

SECOND NOTICE OF INTENT TO USE 404(b) EVIDENCE

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this notice of evidence that may be introduced pursuant to F.R.E. 404(b).  Although the United States believes the evidence listed below is intrinsic to the charged offenses, in the interest of caution, notice is being provided.  The evidence listed below is offered for the purpose of proving the defendant's intent, plan, knowledge and absence of mistake or accident in the instant offenses of interstate stalking, murder for hire, and tampering with documents or proceedings.

    1.   In December of 2013, Cepeda-Cortes was conducting searches for Armando Guerrero-Chapa.

Should the government become aware of any further evidence that may fall under the rubric of F.R.E. 404(b), it will provide notice.

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Joshua T. Burgess*
JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Joshua T. Burgess*
JOSHUA T. BURGESS
Assistant United States Attorney