IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS LEDEZMA-CEPEDA (1) | § | |
| JESUS LEDEZMA-CAMPANO (2) | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

ORDER PARTIALLY GRANTING MOTION TO AMEND SCHEDULING ORDER

        Pending before the Court is the government's Motion to Amend Scheduling Order (doc. 178).  As of the date of this order, there has been no response in opposition to the motion.  After review of the motion, the Court concludes that it should be and hereby is PARTIALLY GRANTED.  The motion is granted in all respects EXCEPT that the government will have only a ten-hour increase in the number of hours it has for the presentation of its case, from 25 to 35 hours, rather than to the 60 hours that the government requests.  A third amended scheduling order will issue this same day incorporating the changes effected by this order.  See especially numbered paragraphs forty-two and forty-three of the amended scheduling order.

        SIGNED March 3, 2016.

Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING GOVERNMENT'S MOTION TO AMEND ORDER - Page Solo
TRM/chr