# United States District Court
## for the Northern District of Texas
### <u>Fort Worth</u> Division

United States of America
    *Plaintiff*,

v.

<u>Jesus Gerardo Ledezma-Campano</u>,
    *Defendant*.

Case No. <u>4:14-CR-151-Y(2)</u>

<u> 73832-379 </u>
Federal Register Number

### ORDER ON MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2) AND AMENDMENTS 821 & 825 TO THE FEDERAL SENTENCING GUIDELINES

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on the amendment found at

**USSG § 4C1.1 Adjustment for Zero-Point Offenders,**

which has been made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u), and having considered such motion, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons detailed in the Statement of Reasons, the motion is **DENIED**.

The defendant does not meet the criteria set forth in 18 U.S.C. § 3582(c) and USSG §1B1.10(d). Specifically, he is not eligible for the two-level reduction for zero-point offender because the offense resulted in death. USSG §4C1.1(a)(4). Based on the defendant's ineligible status, a sentence reduction is not warranted.

SIGNED: April 22, 2025

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE